CHARLES OLSEN, Respondent, *v.* FENNIA REALTY Co., INC., Appellant.

HELEN M. OLSEN, an Infant, by CHARLES OLSEN, Her Guardian ad Litem, Respondent, *v.* FENNIA REALTY Co., INC., Appellant.

*Negligence — building — failure to guard or inclose unfinished foundation so as to prevent children playing thereon — complaint dismissed in action for injury of child — section* 192 *of Building Code for benefit of travelers on street.*

*Olsen* v. *Fennia Realty Co., Inc.* (2 cases), 218 App. Div. 863, 864, reversed.

(Argued November 29, 1927; decided December 13, 1927.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 18, 1927, affirming a judgment in favor of plaintiff entered upon a verdict. The first action was by a father to recover for loss of services and expense arising from personal injuries of his infant daughter. The second, by the daughter, to recover for such injuries alleged to have been sustained through the negligence of defendant in leaving unguarded and uninclosed an unfinished foundation for a building in the borough of Brooklyn, so that the child, while playing thereon, fell and received the injuries complained of.

*Everett W. Bovard* and *Norman G. Hewitt* for appellant.
*Van M. Logan* for respondent.

41

Judgment of Appellate Division and that of Trial Term in each case reversed and complaint dismissed, with costs in all courts, on the ground that the plaintiff was a trespasser, and section 192 of the Building Code was adopted for the protection of travelers on the highway.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.